RECEIVED
OCT - 5 2015
CLERK, U.S. DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS, MONTANA

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

__Civil__ DIVISION

(You must fill in this blank. See Instruction 7)

---

Garland Edward Williams

(Full name of Plaintiff and prisoner number, if any)

Plaintiff,

vs. United States Department of Justice ET. AL,

(Full name of each defendant as listed in the Parties section on page 5. Do not use et. al.)

Defendants.

**COMPLAINT**

Jury Trial Demanded ☐
Jury Trial Not Demanded ☒

## INSTRUCTIONS

1. Use this form to file a civil complaint with the United States District Court for the District of Montana. Include only counts/causes of action and facts – not legal arguments or citations. You may attach additional pages where necessary. Your complaint must be typed or legibly handwritten in ink and on white paper. Write on only one side of the paper. Do not use highlighters and do not staple or otherwise bind your papers. All pleadings and other papers submitted for filing must be on 8 ½" x 11" paper (letter size). You must sign the complaint (see page 8). Your signature need not be notarized but it must be an original and not a copy. The Clerk's Office cannot provide you copies of documents in your file without prepayment of $0.10 per page (for documents electronically available) or $0.50 (for documents not electronically available). Please keep a copy of the documents you send to the Court.

2. The filing fee for a complaint is $350.00 plus a $50.00 administrative fee for a total of $400.00. This amount is set by Congress and cannot be changed by the Court. If you pay the filing fee, you will be responsible for serving the complaint on each defendant and any costs associated with such service.

3. If you are unable to prepay the entire filing fee and service costs for this action, you may file a motion to proceed in forma pauperis. If you are a prisoner and your motion to proceed in forma pauperis is granted, the Court will assess an initial partial filing fee equal to 20% of the average monthly deposits to your prison account for the six months immediately preceding the filing of the action, or 20% of the average monthly balance in your prison account for the same six month period, whichever is greater. Thereafter, the balance of the $350.00 filing fee will be collected in installments equal to 20% of your preceding month's income any time the amount in your account exceeds $10.00. The $50.00 administrative fee does not apply to persons granted *in forma pauperis* status. You will be required to continue making these payments even if you complaint is dismissed.

4. Complaints submitted by persons proceeding in forma pauperis and complaints submitted by prisoners suing a governmental entity or employee must be reviewed by the Court before the defendants are required to answer. *See* 28 U.S.C. §§ 1915(e)(2), 1915A(a); 42 U.S.C. § 1997e(c). The Court will dismiss your complaint before it is served on the defendants if: (1) your allegation of poverty is untrue; (2) the action is frivolous or malicious; (3) your complaint does not state a claim upon which relief may be granted; or (4) you sue a defendant for money damages and that defendant is immune from liability for money damages. After the Court completes the review process, you will receive an Order explaining the findings and any further action you may or must take. The review process may take a few months; each case receives the judge's individual attention. Plaintiffs should not serve defendants, pursue discovery, or request entry of default judgment prior to the completion of this review process.

5. Prisoners who have had three or more cases dismissed as frivolous, malicious, or failing to state a claim upon which relief may be granted (strikes) will not be permitted to file any further civil actions without prepaying the filing fee unless they are in imminent danger of serious harm. See 28 U.S.C. § 1915(g).

6. Prisoners may not maintain more than two civil actions in forma pauperis at one time, unless the prisoner shows that he or she is under imminent danger of serious physical injury.

7. The case caption (page 1 of this form) must indicate the proper Division for filing. The proper Division is where the alleged wrong(s) occurred. When you have completed your complaint, mail the *original* of your complaint and either the full filing fee or your motion to proceed in forma pauperis to the proper Division:

Billings Division: *Big Horn, Carbon, Carter, Custer, Dawson, Fallon, Garfield, Golden Valley, McCone, Musselshell, Park, Petroleum, Powder River, Prairie, Richland, Rosebud, Stillwater, Sweetgrass, Treasure, Wheatland, Wibaux, and Yellowstone Counties*
**U.S. District Court Clerk, James F. Battin Courthouse, 2601 2nd Avenue North, Suite 1200, Billings, MT 59101**

*Plaintiff's Last Name* Williams

Butte Division: *Beaverhead, Deer Lodge, Gallatin, Madison, and Silver Bow Counties*
**U.S. District Court Clerk, Mike Mansfield Courthouse, 400 N. Main, Butte, MT 59701**

Great Falls Division: *Blaine, Cascade, Chouteau, Daniels, Fergus, Glacier, Hill, Judith Basin, Liberty, Phillips, Pondera, Roosevelt, Sheridan, Teton, Toole, and Valley Counties* **(Crossroads Correctional Center is located in Toole County and all claims arising at CCC should be filed in Great Falls)**
**U.S. District Court Clerk, Missouri River Courthouse, 125 Central Ave. West, Great Falls, MT 59404**

Helena Division: *Broadwater, Jefferson, Lewis & Clark, Meagher, and Powell Counties* **(Montana State Prison is located in Powell County and all claims arising at MSP should be filed in Helena)**
**U.S. District Court Clerk, Paul G. Hatfield Courthouse, 901 Front St., Ste 2100, Helena, MT 59626**

Missoula Division: *Flathead, Granite, Lake, Lincoln, Mineral, Missoula, Ravalli, and Sanders Counties*
**U.S. District Court Clerk, Russell Smith Courthouse, P.O. Box 8537, Missoula, MT 59807**

# COMPLAINT

## I. PLACE OF CONFINEMENT

A. Are you incarcerated?  Yes ☐   No ☒ (if No, go to Part II)

B. If yes, where are you currently incarcerated?

C. If any of the incidents giving rise to your complaint occurred in a different facility, list that facility:

## II. JURISDICTION

Jurisdiction is asserted under (CHECK ANY THAT APPLY):

    X 28 U.S.C. § 1331 because it raises a civil rights claim against a state or local government employee or entity under 42 U.S.C. § 1983

    X 28 U.S.C. § 1331 because it raises a claim against a federal employee under *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971)

    ___ 28 U.S.C. § 1332 (diversity) because all the defendants live in a different state than plaintiff

If you wish to assert jurisdiction claim under different statutes, list them below.

## III. EXHAUSTION OF ADMINISTRATIVE REMEDIES

A. Non-Prisoners
  1. Does any cause of action alleged in this complaint require you to exhaust administrative remedies before filing in court? Yes ☒  No ☐  Don't Know ☐

  2. If yes, have you exhausted your administrative remedies? Yes ☒    No ☐

B. Prisoners (If other institutions listed in I(C) above, answer for each institution).
  1. Did you fully exhaust the administrative grievance process within the jail or prison where the incidents at issue occurred?    Yes ☐    No ☐

  2. If you did not fully exhaust the grievance process, explain why:

(**NOTE**: Prisoners must exhaust their jail/prison's grievance process. Proper exhaustion requires compliance with the jail/prison's grievance deadlines and procedural rules.)

## IV. PARTIES TO CURRENT LAWSUIT

A. Plaintiff **Garlande. Williams** is a citizen of **LOUISIANA**,
(State)
presently residing at **6032 Silver Oak Dr. Slidell, LA. 70461**
(Mailing address or place of confinement)

who can be contacted at **(985) 641-3005**
(Telephone with area code and e-mail address)

B. Defendant **U.S. Dept. of Justice** is a citizen of **(Eric Holder)**,
Former Attorney General (State)
employed as _____ at **United States Government**
(Position and Title, if any) (Institution/Organization)

Defendant **Lori L. Yockers** is a citizen of **State of Kansas**,
Shawnee County 3rd Judicial (State)
employed as **Hearing Officier** at **3rd Judicial District County Court of**
(Position and Title, if any) (Institution/Organization) **State of Kansas.**

Defendant **U.S. Treasury Dept.** is a citizen of **(Jacob Lew)**,
Secretary (State)
employed as **Secretary of Treasury** at **United States Government**
(Position and Title, if any) (Institution/Organization)

Defendant **Magistrate Nancy Berrigan** is a citizen of **United States Government**
(State)
employed as **Magistrate Judge** at **United States District Court for the**
(Position and Title, if any) (Institution/Organization) **Eastern District of Louisiana**

Defendant **Michael North** is a citizen of **United States Government**
(State)
employed as **Magistrate Judge** at **United States District Court for the**
(Position and Title, if any) (Institution/Organization) **Eastern District of Louisiana**

(**NOTE**: If more space is needed to furnish the above information, continue on a blank sheet labeled "APPENDIX A: PARTIES").

*Plaintiff's Last Name* **Williams**

*Complaint (Revised August 2013)*
*Page 5 of 8*

## V. STATEMENT OF CLAIMS

A. Count I (State your cause of action, e.g., what constitutional rights have been violated) United States' Constitution Article III, Section 1 and 2; Amendments' V, XIV, Section 1; VII, VIII, IX, XI, and XIII adjacent to all Federal applicable Statues.

Date of incident(s):

1. Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe what happened without citing legal arguments, cases, or statutes). Separation and Infractions of petitioner's Constitutional and Civil Liberties of civil rights, which includes Perjury, Kidnapping, Fraud, Theft, Negligence, Accessory Before and After the principal fact; creating Extertional Grand Larceny by All so named Defendants. (See Complaint upon Indexing.)

2. Defendants Involved: (List the name of each defendant involved in this claim and specifically describe what each defendant did or did not do to allegedly cause your injury).

Nancy Berrican - Due Process of Law, Perjury, Infraction of Civil Rules Procedure, Negligence, and Accessory After Fact.
Michael North
William Blevins
Eric Holder - Negligence, Failure to Compliance (Rep. U.S. Defendants) Accessory After the Fact, Separation of Duties.
Jacob Lew - Negligence, Failure to Compliance, Separation of Duties, Accessory After the Fact, Theft and Fraud.
Lawton Nuss - Negligence, Theft, Kidnapping, Due process of Law, Perjury,
Lori L. Yockers Fraud, Forgery, etc., (See Complaint Pleadings upon Indexing

(NOTE: For each additional claim, use a blank sheet labeled "APPENDIX B. STATEMENT OF CLAIMS." You must set forth two paragraphs for each count, one consisting of Supporting Facts (following the directions under V(A)(1)), and one consisting of Defendants Involved (following the directions under V(A)(2)).

~~Darrick Smith~~ or Daric S. Smith
Don Johnson

*Plaintiff's Last Name* Williams

*Complaint (Revised August 2013)*
*Page 6 of 8*

## VI. INJURY

Describe the injuries you suffered as a result of each individual defendant's actions. (Do not cite legal arguments, cases, or statutes).

Continued Sever Mental Anguish and Loss of monetary damages by All so Named Defendants.

(**NOTE**: If more space is needed to furnish the above information, continue on a blank sheet labeled "APPENDIX C: INJURY").

## VII. REQUEST FOR RELIEF

Describe the relief you request. (Do not cite legal arguments, cases, or statutes).

Purge of Fraudulent Court Order and the Accrual of Incurred Clerical, Travel expenses, and Punitive mental and physical damages, warrant Compensation. (See Complaint) upon Indexing

(**NOTE**: If more space is needed to furnish the above information, continue on a blank sheet labeled "APPENDIX D: REQUEST FOR RELIEF").

Plaintiff's Last Name Williams

*Complaint (Revised August 2013)*
*Page 7 of 8*

## VIII. PLAINTIFF'S DECLARATION

A. I understand I must keep the Court informed of my current mailing address and my failure to do so may result in dismissal of this Complaint without notice to me.

B. I understand the Federal Rules of Civil Procedure <u>prohibit</u> litigants filing civil complaints from using certain information in documents submitted to the Court. In order to comply with these rules, I understand that:

- social security numbers, taxpayer identification numbers, and financial account numbers must include only the last four digits (e.g. xxx-xx-5271, xx-xxx5271, xxxxxxx3567);
- birth dates must include the year of birth only (e.g. xx/xx/2001); and
- names of persons under the age of 18 must include initials only (e.g. L.K.).

If my documents (including exhibits) contain any of the above listed information, I understand it is my responsibility to black that information out before sending those documents to the Court.

<u>I understand I am responsible for protecting the privacy of this information.</u>

C. I understand the submission of a false statement or answer to any question in this complaint may subject me to penalties for perjury. I declare under penalty of perjury that I am the Plaintiff in this action, I have read this complaint, and the information I set forth herein is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

D. (Prisoners Only) This Complaint was deposited in the prison system for legal mail, postage prepaid or paid by the prison, on

Executed at _____ on _____, 20_____.
               (Location)                (Date)

_____
Signature of Plaintiff

Plaintiff's Last Name **Williams**

*Complaint (Revised August 2013)*
*Page 8 of 8*

Harland S. Williams
9/30/2015

JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**
Garland E. Williams

**(b)** County of Residence of First Listed Plaintiff: St. Tammany
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*: (Pro Se Rep.)
6032 Silver Oak Dr.
Slidell, LA. 70461 / (985) 641-3005

**DEFENDANTS**
United States of America Department of Justice, et. al.,

County of Residence of First Listed Defendant: District of Colombia
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*
- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☒ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☒ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Medical Malpractice / ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights / **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence | | | ☒ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/Accommodations / ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty **Other:** | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education / ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | / ☐ 555 Prison Condition | | | |
| | / ☐ 560 Civil Detainee - Conditions of Confinement | | | |

**V. ORIGIN** *(Place an "X" in One Box Only)*
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☒ 6 Multidistrict Litigation

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Constitutional Question of U.S. Article III Sect. 1,2; Amendments V, VII, VIII, IX, XI, XIV; Sect. 1 (440; 950)
Brief description of cause:
Fraudulent Orders, U.S.D

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ Two Trillion 2,000,000,000,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

**VIII. RELATED CASE(S) IF ANY** *(See instructions)*:
JUDGE _____ DOCKET NUMBER CIV 14-1443

DATE 9/13/2015
SIGNATURE OF ATTORNEY OF RECORD: Garland E. Williams

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____