UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

_____

| | |
|---|---|
| GARLAND E. WILLIAMS,<br>　　　　　　　Plaintiff, | JUDGMENT IN A CIVIL CASE<br><br>Case No. CV 15-94-BLG-SPW |
| vs. | |
| UNITED STATES DEPARTMENT<br>OF JUSTICE, et al.,<br>　　　　　　　Defendants. | |

_____

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**　**Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

　　IT IS ORDERED AND ADJUDGED that this action is DISMISSED WITHOUT PREJUDICE.

　　Dated this 2nd day of November, 2015.

　　　　　　　　　　　　TYLER P. GILMAN, CLERK

　　　　　　　　　　　　By: /s/ T. Gesh
　　　　　　　　　　　　T. Gesh, Deputy Clerk